**Electronically Filed**
**Intermediate Court of Appeals**
**30694**
**09-APR-2013**
**08:23 AM**

NO. 30694

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI


AOAO QUEEN EMMA GARDENS and TOUCHSTONE PROPERTIES, LTD.,
Appellants-Respondents/Appellees,
v.
TOMMY WAI HUNG MA and SINDY YEE MA,
Appellees-Petitioners/Appellants
and
OFFICE OF ADMINISTRATIVE HEARINGS,
CONDOMINIUM DISPUTE RESOLUTION PILOT PROGRAM,
DEPARTMENT OF COMMERCE AND CONSUMER AFFAIRS,
STATE OF HAWAIʻI,
Appellees/Appellees


APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 09-1-1257)

ORDER OF CORRECTION
(By:  Foley, J., for the court[1])

IT IS HEREBY ORDERED that the Memorandum Opinion filed April 5, 2013 in the above case is corrected as follows:

On page 13, in the line above the heading "IV. CONCLUSION" there should be a period at the end of the sentence so that as corrected the sentence shall read: "Because the AOAO's designation was timely filed and because the defects in the notice of appeal, designation, and statement of the case were not

---

[1]    Foley, Presiding J., Fujise and Leonard, JJ.

jurisdictional, the circuit court did not abuse its discretion in allowing the AOAO to amend these."

The Clerk of the Court is directed to take all necessary steps to notify the publishing agencies of this change.

DATED: Honolulu, Hawaiʻi, April 9, 2013.

FOR THE COURT:

Presiding Judge